United States District Court
Southern District of Texas
**ENTERED**
August 26, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TAHER ABDELSALAM, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-02687 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| I.Q. DATA INTERNATIONAL INC, | § | |
| Defendant. | § | |

## ORDER

The parties have provided notice of settlement of their dispute. Dkt 5.

All claims against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff Taher Abdelsalam may move within sixty days to reinstate his claims against I.Q. Data International Inc if approval of documentation or condition precedent fails.

Signed on August 26, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge